IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRISTY BUNKER, individually and on behalf of similarly situated employees, § § § § Plaintiffs, § § -v- § § PCP FOR LIFE, PA and § NAJMUDDIN K. KARIMJEE § § Defendants. § | Civil Action No. 4:16-cv-2573 |

**NOTICE OF CLASS MEMBER CONSENT FORMS RETURNED**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The attached consent forms have been signed and returned to our office.

Respectfully submitted,
ROB WILEY, P.C.

By: */s/ Kalandra N. Wheeler*
Robert J. Wiley
Texas Bar No. 24013750
Southern Dist. Texas Bar No. 596499
*Board Certified Specialist – Labor & Employment Law, Texas Board of Legal Specialization*
Kalandra N. Wheeler
Texas Bar No. 24051512
Southern Dist. Texas Bar No. 2944827

ROB WILEY, P.C.
2613 Thomas Avenue
Dallas, Texas 75204
Telephone: (214) 528-6500
Facsimile: (214) 528-6511
E-mail: kwheeler@robwiley.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Notice will be served on Defendant via the Court's CM/ECF system.

                                    */s/ Kalandra N. Wheeler*
                                    Kalandra N. Wheeler

## PCP for Life, PA and Najmuddin K. Karimjee
## Plaintiff Consent Form

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, PCP for Life, PA, Najmuddin K. Karimjee, and any related parties to recover overtime pay and minimum wages.

2. During the past three years, there were occasions when I did not receive proper compensation for all of my hours worked, including overtime pay and/or minimum wages.

3. If this case does not proceed as a collective action, then I also consent to join any subsequent action to assert these claims or any other related claims against PCP for Life, PA, Najmuddin K. Karimjee, and any related parties.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter in writing.

5. I understand that I will be represented in this action by the Law Office of Rob Wiley, P.C and its attorneys.

Date: 8-5-16

Signature: *[signed]*

Print Name: Cristy N. Bunker

---

**Information Below Will Be Redacted in Filings with the Court.**

Address: [REDACTED]

City, State Zip: [REDACTED]

Best Phone Number(s): [REDACTED]

Email: [REDACTED]

Please return to: Law Office of Rob Wiley, P.C.
Address: 2613 Thomas Avenue, Dallas, Texas 75204
Tel. (214) 528-6500; Toll Free: (800) 313-4020; Fax: (214) 528-6511