**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Cristy Bunker | § § | |
| *versus* | § § | Case Number: 4:16−cv−02573 |
| PCP for Life, PA, et al. | § § | |

## Notice of Reassignment

  Pursuant to General Order No. 2018−10, this case is reassigned to the docket of United States District Judge Andrew S Hanen. Deadlines in scheduling orders remain in effect

Date: July 13, 2018

David J. Bradley, Clerk