IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRISTY BUNKER,<br>*Plaintiff*, | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. 4:16-CV-02573 |
| PCP FOR LIFE, PA and NAJMUDDIN KARIMJEE,<br>*Defendants*. | §<br>§<br>§<br>§<br>§ |

## ORDER

On August 24, 2018, the United States Magistrate Judge filed a Report and Recommendation (Doc. No. 52). Plaintiff has objected (Doc. No. 53) to said Report and Recommendation.

Having considered the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court hereby adopts the Report and Recommendation. The parties' cross Motions for Summary Judgment (Doc. Nos. 43 & 44) are both **DENIED**.

SIGNED at Houston, Texas this 1st day of October, 2018.

Andrew S. Hanen
United States District Court Judge