United States District Court
Southern District of Texas
**ENTERED**
October 02, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CRISTY BUNKER, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-02573 |
| | § | |
| PCP FOR LIFE, PA and NAJMUDDIN | § | |
| KARIMJEE, | § | |
| *Defendants.* | § | |

## ORDER

The Court hereby adopts in-part and rejects in-part the Report and Recommendation of the United States Magistrate Judge regarding the pay and benefit records of other nurse practitioners and physician assistants (Doc. No. 39). The defendants are to produce complete pay and benefit records for any nurse practitioner or physician's assistant who is going to be called as a witness either by deposition or in trial. The Court will not allow the testimony of any such witness whose records were not produced by **October 16, 2018**.

Counsel for plaintiff shall use these records only in connection with this lawsuit. She shall return such records (and all copies) at the conclusion of the case to the counsel for the defendant. She shall not distribute or in any way disclose these records or any information contained therein outside the proceedings in this case. The information may be used to question witnesses in trial or in a deposition.

SIGNED at Houston, Texas this 2nd day of October, 2018.

Andrew S. Hanen
United States District Court Judge